EDWARD F. DUNNE *et al.*

*v.*

THE WEST CHICAGO PARK COMMISSIONERS.

*Filed at Ottawa November 25, 1895.*

All the questions in this case were raised and decided in *Derby* v. *West Chicago Park Comrs.* 154 Ill. 213, and the opinion there rendered must control here.

WRIT OF ERROR to the Circuit Court of Cook county; the Hon. R. S. TUTHILL, Judge, presiding.

MAHER & GILBERT, for plaintiffs in error.

H. S. MECARTNEY, for defendants in error.

Per CURIAM: It is agreed by counsel for each party to this cause that the record is a substantial, if not a literal, copy of the one filed in *Derby* v. *West Chicago Park Comrs.* 154 Ill. 213. No question is raised here which was not raised and decided in the *Derby case,* and it is conceded by counsel that the opinion there rendered must control here. It is sufficient, therefore, to refer to the opinion in that case for a statement of the reasons upon which our decision of the case at bar is based. As in the *Derby case,* the judgment of confirmation as to plaintiffs in error in the case at bar, and as to their lands, is reversed.

*Judgment reversed.*